IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gray, Tracy L

Printed: 1/15/08

Case Number: 05 B 14320
Judge: Wedoff, Eugene R
Filed: 4/14/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 29, 2007
Confirmed: June 2, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,150.00 |  |
| Secured: |  | 3,913.73 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,894.00 |
| Trustee Fee: |  | 342.27 |
| Other Funds: |  | 0.00 |
| Totals: | 7,150.00 | 7,150.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,894.00 | 2,894.00 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 3,099.52 | 1,730.82 |
| 4. | EMC Mortgage Corporation | Secured | 8,245.32 | 1,572.98 |
| 5. | Monterey Financial Services | Secured | 1,093.98 | 609.93 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 958.00 | 0.00 |
| 7. | Nicor Gas | Unsecured | 118.36 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 96.52 | 0.00 |
| 9. | Cavalry Portfolio Services | Unsecured | 45.58 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 89.58 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 11.41 | 0.00 |
| 12. | Monterey Financial Services | Unsecured | 46.76 | 0.00 |
| 13. | Premier Bankcard | Unsecured | 43.87 | 0.00 |
| 14. | Peoples Energy Corp | Unsecured | 192.07 | 0.00 |
| 15. | Cook County Treasurer | Unsecured | 29.95 | 0.00 |
| 16. | Capital One | Unsecured | 79.68 | 0.00 |
| 17. | Christ Hospital | Unsecured |  | No Claim Filed |
| 18. | Direct Tv | Unsecured |  | No Claim Filed |
| 19. | Pellettieri & Associates | Unsecured |  | No Claim Filed |
| 20. | Comcast | Unsecured |  | No Claim Filed |
| 21. | Van Ru Credit Corporation | Unsecured |  | No Claim Filed |
|  |  |  | $ 17,044.60 | $ 6,807.73 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Gray, Tracy L

Printed:  1/15/08

Case Number:  05 B 14320
Judge:  Wedoff, Eugene R
Filed:  4/14/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 38.99 |
| 5.5% | 148.51 |
| 5% | 44.44 |
| 4.8% | 94.13 |
| 5.4% | 16.20 |
|  | _____ |
|  | $ 342.27 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

